Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
**MANNING LAW, APC**
20062 SW Birch Street, Ste. 200
Newport Beach, CA 92660
Office: (949) 200-8755
DisabilityRights@manninglawoffice.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SHAYLER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNLIMITED, LIMITED LIABILITY COMPANY, a California limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | **Case No.** 2:20-cv-11605-SVW-E<br><br>**DECLARATION OF JANET HARRIS IN RESPONSE TO THE COURT'S ORDER DATED JUNE 3, 2021.** |

I, Janet Harris, declare as follows:

    1.    I am an attorney duly admitted to practice before this Court. I am an associate at Manning Law, APC, attorneys of record for Plaintiff JAMES SHAYLER ("Plaintiff") in the above-entitled action, and, in that capacity, I am familiar with this matter. Based on my own experience and knowledge, I can testify to the following.

1

2. This declaration is submitted in response to this Court's June 3, 2021, Order (herein referred to as the: "June 3 Order"). In that Order, the Court found that Manning Law, APC had submitted what the Court characterized as false and misleading billing statements. In the June 3 Order, the Court issued an additional Order to Show Cause that ordered three attorneys associated with Manning Law, APC, including me, to show cause why sanctions should not be imposed against us for "knowingly filing or contributing to inaccurate and misleading billing statements."

3. As I stated in my prior Declaration dated May 10, 2021, I have assisted with the drafting of many pleadings on numerous cases in this office, including but not limited to working on the matters before this Court and drafting many of the listed Applications for Default Judgment as referenced by this Court in the June 3 Order.

4. In response to the Court's June 3 Order, I reviewed the billing statements and associated filings that were the subject of the June 3 Order. I have confirmed that I did not sign or file any of the pleadings or associated materials addressed by that Order, including the billing statements submitted in support of fee requests following default judgments.

5. In terms of my assistance in the preparation of billing statements submitted to the Court, for the matters I worked on, I would review a draft billing statement prepared by a staff person and confirm that the stated tasks had been performed, and that I had spent at least the amount of time indicated for each specific task. If I had spent more time than indicated on the billing statement, I would generally not increase the stated amount, due to our office policy concerning the amount of time for which we would seek to recover fees. If I spent less than the amount of time indicated, I would reduce the amount of time stated. I would then provide the final draft to Mr. Manning for review. I was not involved in the actual

filing of any of these statements or signing of pleadings in support of the billing statements.

6.   At all times in connection with the tasks described here, I acted in good faith. I did not intend to injure anyone or create a negative impact on litigation by complying with the office's policy with regard to these billing statements. I did not intend to abuse the judicial process or mislead this Court. If my involvement is found to somehow be improper, I sincerely apologize to the Court and respectfully request that sanctions not be imposed against me.

I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct.

Dated:  June 14, 2021

By: _____
Janet Harris, Esq.