Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
**MANNING LAW, APC**
20062 SW Birch Street, Ste. 200
Newport Beach, CA 92660
Office: (949) 200-8755
DisabilityRights@manninglawoffice.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SHAYLER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNLIMITED, LIMITED LIABILITY COMPANY, a California limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | **Case No**. 2:20-cv-11605-SVW-E<br><br>**DECLARATION OF DAVID FITZGERALD IN RESPONSE TO THE COURT'S ORDER DATED JUNE 3, 2021** |

I, David Fitzgerald, declare as follows:

1.  I am an attorney duly admitted to practice before this Court. I am an associate employed at Manning Law, APC, attorneys of record for Plaintiff JAMES SHAYLER ("Plaintiff") in the above-entitled action, and, in that capacity, I am familiar with this matter. Based on my own experience and knowledge, I can testify to the following.

1

2. This declaration is submitted in response to the Court's Order dated June 3, 2021 ("Order"). In the Order, the Court found that Manning Law, APC had submitted what the Court characterized as false and misleading billing statements. In the Order, the Court issued an additional Order to Show Cause that ordered three attorneys associated with Manning Law, APC, including me, to show cause why sanctions should not be imposed against us for "knowingly filing or contributing to inaccurate and misleading billing statements."

3. As I stated in my previously filed Declaration dated May 10, 2021, I have assisted with the drafting of many pleadings and other documents on numerous cases in this office, including but not limited to working on the matters before this Court and drafting several of the listed Applications for Default Judgment as referenced by the Court in its Order.

4. In response to the Court's Order, I reviewed the billing statements and associated filings that were the subject of the Order. I did not sign or file any of the pleadings or associated materials addressed by the Order, including the billing statements submitted in support of fee requests.

5. Regarding the billing statements submitted to the Court, for the matters I worked on, I would review a draft billing statement prepared by a staff person and confirm that the stated tasks had been performed, and that I had spent at least the amount of time indicated for each specific task. If I had spent more time than indicated, I would not increase the stated amount, according to our office policy concerning the amount of time for which we would seek to recover fees. I never spent less time on a task than the amount of time indicated on the billing statement. I would then provide the final draft to Mr. Manning for his review. I was not involved in the actual filing of any of these statements.

6. At all times and in connection with the tasks described here, I acted in good faith. I did not intend to cause injury or create a negative impact on any litigation by complying with my office's policy with regard to the billing statements

2

DECLARATION

at issue. I did not intend to abuse the judicial process or mislead the Court. To the extent that my involvement is found to be at all improper, I sincerely apologize to the Court and respectfully request that sanctions not be imposed against me.

I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct.

Dated: June 14, 2021

By: _____
David Fitzgerald, Esq.